# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **UNITED SERVICES AUTOMOBILE ASSOCIATION** | § § § | |
| v. | § § | CIVIL ACTION NOS. 2:21-CV-00246-JRG<br>2:22-CV-00193-JRG |
| **PNC BANK N.A.** | § | |

### MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 1
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### September 12, 2022

**OPEN:** 09:19 AM                                                                  **ADJOURN:** 06:07 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANT: | See attached |
| LAW CLERKS: | Katie Albanese<br>Ryan Davies<br>Harris Huguenard |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 09:19 AM | Court opened. Court's greeting, introduction and preliminary remarks to Jury Pool. |
| 09:30 AM | Court asked for announcements from the parties. |
| 09:31 AM | Court continued by providing case information and gave preliminary instructions to Jury Pool. |
| 09:41 AM | Prospective Jurors began introduction of themselves. |
| 10:07 AM | Court provided additional instructions to Jury Pool. |
| 10:10 AM | *Voir dire* on behalf of Plaintiff by Mr. Bunt. |
| 10:40 AM | *Voir dire* on behalf of Defendant by Ms. Smith. |
| 11:09 AM | Bench conference with counsel. |
| 11:13 AM | Bench conference completed. |
| 11:13 AM | Court instructions provided to Jury Pool. Court requested specific juror(s) to remain in courtroom while remainder of jurors recessed. |
| 11:16 AM | Remainder of jurors recessed. |
| 11:17 AM | Counsel approached bench. |
| 11:17 AM | Strike conference began with specifically named juror(s). |
| 11:37 AM | Strike conference concluded. Attorneys excused to exercise strikes. |
| 11:37 AM | Recess. |

| TIME | MINUTE ENTRY |
|---|---|
| 12:02 PM | Court reconvened. |
| 12:02 PM | Instructions given by the Court. Jurors selected. |
| 12:05 PM | Jurors sworn. Additional instructions given by the Court. Remainder of Jury Pool excused. |
| 12:09 PM | Additional instructions given by the Court. |
| 12:27 PM | Jury recessed for lunch. |
| 12:27 PM | Mr. Mueller on behalf of Defendant requested running objection to previously ruled-on motions. Court GRANTED same. |
| 12:30 PM | Recess. |
| 01:30 PM | Court reconvened. |
| 01:30 PM | Court noted on the record that PX 171 is no longer a pre-admitted exhibit but can be used as a demonstrative. |
| 01:31 PM | Jury returned to courtroom. |
| 01:32 PM | Court gave preliminary instructions to Jury. |
| 02:20 PM | Notebooks provided to Jury. |
| 02:21 PM | Continuation of Court's preliminary instructions to Jury. |
| 02:30 PM | Plaintiff's opening statement by Mr. Sheasby. |
| 03:00 PM | Defendant's opening statement by Mr. Mueller. |
| 03:30 PM | Opening statements concluded. |
| 03:30 PM | Rule invoked; excluding expert witnesses. |
| 03:31 PM | USAA's case-in-chief: |
| 03:31 PM | Witness sworn. Direct examination of Mr. Chris Wilkinson by Mr. Sheasby. |
| 04:00 PM | Jury recessed for break. |
| 04:00 PM | Recess. |
| 04:13 PM | Court reconvened. |
| 04:13 PM | Mr. Mueller presented information to the Court re: a prior objection. |
| 04:15 PM | Jury returned to courtroom. |
| 04:15 PM | Cross examination of Mr. Chris Wilkinson by Ms. Smith. |
| 04:23 PM | Bench conference. |
| 04:24 PM | Bench conference concluded. |
| 04:24 PM | Continuation cross examination of Mr. Chris Wilkinson by Ms. Smith. |
| 04:33 PM | Bench conference. |
| 04:35 PM | Bench conference concluded. |
| 04:35 PM | Continuation cross examination of Mr. Chris Wilkinson by Ms. Smith. |
| 04:45 PM | Redirect examination of Mr. Chris Wilkinson by Mr. Sheasby. |
| 04:50 PM | **Courtroom sealed.** |
| 04:51 PM | Continuation redirect examination of Mr. Chris Wilkinson by Mr. Sheasby. |
| 04:52 PM | **Courtroom unsealed.** |
| 04:53 PM | Continuation redirect examination of Mr. Chris Wilkinson by Mr. Sheasby. |
| 04:53 PM | Recross examination of Mr. Chris Wilkinson by Ms. Smith. |
| 04:54 PM | **Courtroom sealed.** |
| 04:54 PM | Continuation recross examination of Mr. Chris Wilkinson by Ms. Smith. |
| 04:55 PM | Completion of testimony of Mr. Chris Wilkinson. |
| 04:55 PM | **Courtroom unsealed.** |
| 04:56 PM | Witness sworn. Direct examination of Mr. Bharat Prasad by Mr. Sheasby. |

| TIME | MINUTE ENTRY |
|---|---|
| 05:19 PM | Bench conference. |
| 05:20 PM | Bench conference concluded. |
| 05:20 PM | Continuation of direct examination of Mr. Bharat Prasad by Mr. Sheasby. |
| 05:32 PM | Cross examination of Mr. Bharat Prasad by Mr. Lantier. |
| 05:56 PM | Redirect examination of Mr. Bharat Prasad by Mr. Sheasby. |
| 06:01 PM | Completion of testimony of Mr. Bharat Prasad. |
| 06:02 PM | Jury recessed for the day until 8:30 AM tomorrow. |
| 06:03 PM | Matters discussed with the Court re: order of witnesses, demonstratives and deposition designations. |
| 06:07 PM | Court adjourned. |