**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **UNITED SERVICES AUTOMOBILE ASSOCIATION** | § § § | |
| **v.** | § | **CIVIL ACTION NOS.  2:21-CV-00246-JRG** |
| **PNC BANK N.A.** | § | **2:22-CV-00193-JRG** |

**MINUTES FOR JURY TRIAL DAY NO. 2**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
**September 13, 2022**

**OPEN:  08:28 AM**                              **ADJOURN:    06:39 PM**

ATTORNEYS FOR PLAINTIFF:              See attached

ATTORNEYS FOR DEFENDANT:              See attached

LAW CLERKS:                                          Katie Albanese
                                                            Ryan Davies
                                                            Harris Huguenard

COURT REPORTER:                            Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                      Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:28 AM | Court opened. |
| 08:29 AM | Exhibits used prior day read into the record. |
| 08:31 AM | Jury entered the courtroom. |
| 08:31 AM | Continuation of USAA's case-in-chief: |
| 08:32 AM | Witness sworn.  Direct examination of Professor Thomas Conte by Ms. Glasser. |
| 09:37 AM | Jury recessed for break. |
| 09:37 AM | Recess. |
| 09:51 AM | Court reconvened. |
| 09:52 AM | Jury returned to courtroom. |
| 09:52 AM | Cross examination of Professor Thomas Conte by Mr. Mueller. |
| 09:56 AM | Bench conference. |
| 09:57 AM | Bench conference concluded. |
| 09:57 AM | Continuation of cross examination of Professor Thomas Conte by Mr. Mueller. |
| 10:08 AM | Bench conference. |
| 10:11 AM | Bench conference concluded. |
| 10:11 AM | Continuation of cross examination of Professor Thomas Conte by Mr. Mueller. |
| 10:55 AM | Redirect examination of Professor Thomas Conte by Ms. Glasser. |

| TIME | MINUTE ENTRY |
|------|--------------|
| 11:02 AM | Recross examination of Professor Thomas Conte by Mr. Mueller. |
| 11:09 AM | Further redirect examination of Professor Thomas Conte by Ms. Glasser. |
| 11:09 AM | Completion of testimony of Professor Thomas Conte. |
| 11:09 AM | Ms. Glasser introduced the video deposition of Mr. Thomas Trebilcock. |
| 11:27 AM | Video deposition of Mr. Thomas Trebilcock concluded. |
| 11:27 AM | Ms. Glasser introduced the video deposition of Mr. Alexander Goodstein. |
| 11:30 AM | Video deposition of Mr. Alexander Goodstein concluded. |
| 11:31 AM | Jury recessed for lunch break. |
| 11:33 AM | Recess. |
| 01:10 PM | Court reconvened. |
| 01:11 PM | Court explained delay in reconvening from lunch break. |
| 01:17 PM | Objection made by Mr. Lantier on behalf of Defendant. |
| 01:17 PM | Court ruled thereon as set forth in the record. |
| 01:18 PM | Jury returned to courtroom. |
| 01:19 PM | Witness sworn.  Direct examination of Mr. David Kennedy by Mr. Bunt. |
| 01:31 PM | **Courtroom sealed.** |
| 01:31 PM | Continuation direct examination of Mr. David Kennedy by Mr. Bunt. |
| 01:41 PM | **Courtroom unsealed.** |
| 01:42 PM | Continuation direct examination of Mr. David Kennedy by Mr. Bunt. |
| 02:19 PM | Bench conference. |
| 02:20 PM | Bench conference concluded. |
| 02:20 PM | Cross examination of Mr. David Kennedy by Mr. Mueller. |
| 02:49 PM | **Courtroom sealed.** |
| 02:49 PM | Bench conference. |
| 02:50 PM | Bench conference concluded. |
| 02:50 PM | Continuation cross examination of Mr. David Kennedy by Mr. Mueller. |
| 03:19 PM | Redirect examination of Mr. David Kennedy by Mr. Bunt. |
| 03:33 PM | **Courtroom unsealed.** |
| 03:34 PM | Continuation redirect examination of Mr. David Kennedy by Mr. Bunt. |
| 03:39 PM | Recross examination of Mr. David Kennedy by Mr. Mueller. |
| 03:44 PM | Completion of testimony of Mr. David Kennedy. |
| 03:44 PM | Jury recessed for break. |
| 03:45 PM | Recess. |
| 04:04 PM | Court reconvened. |
| 04:05 PM | Mr. Lantier brought up evidentiary issue. |
| 04:09 PM | Mr. Sheasby provided responsive argument. |
| 04:10 PM | Court provided instruction as set forth in the record. |
| 04:18 PM | Jury returned to courtroom. |
| 04:19 PM | USAA rested its case-in-chief. |
| 04:19 PM | PNC's case-in-chief: |
| 04:20 PM | Witness sworn.  Direct examination of Ms. Karen Larrimer by Ms. Smith. |
| 04:57 PM | Cross examination of Ms. Karen Larrimer by Ms. Glasser. |
| 05:20 PM | Redirect examination of Ms. Karen Larrimer by Ms. Smith. |
| 05:25 PM | Bench conference |

| TIME | MINUTE ENTRY |
|---|---|
| 05:26 PM | Bench conference concluded. |
| 05:26 PM | Completion of testimony of Ms. Karen Larrimer. |
| 05:26 PM | Bench conference. |
| 05:28 PM | Bench conference concluded. |
| 05:28 PM | Witness sworn.  Direct examination of Mr. Tom Kunz by Mr. Lantier. |
| 06:00 PM | Bench conference |
| 06:04 PM | Bench conference concluded. |
| 06:04 PM | Court instructed the Jury to disregard a portion of the testimony of Mr. Tom Kunz. |
| 06:06 PM | Cross examination of Mr. Tom Kunz by Ms. Glasser. |
| 06:14 PM | Bench conference. |
| 06:19 PM | Bench conference concluded. |
| 06:19 PM | Continuation cross examination of Mr. Tom Kunz by Ms. Glasser. |
| 06:28 PM | Redirect examination of Mr. Tom Kunz by Mr. Lantier. |
| 06:31 PM | Completion of testimony of Mr. Tom Kunz. |
| 06:32 PM | Jury recessed until 8:30 AM tomorrow morning. |
| 06:32 PM | Court addressed disputed matters with counsel. |
| 06:37 PM | Court reminded parties to continue with their meet and confer efforts re: overnight disputes.  Court will be available in chambers in the morning to meet with counsel to address same. |
| 06:38 PM | Mr. Sheasby presented an issue before the Court. |
| 06:39 PM | Court adjourned. |