# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED SERVICES AUTOMOBILE ASSOCIATION | § § § | |
| v. | § § | CIVIL ACTION NOS. 2:21-CV-00246-JRG<br>2:22-CV-00193-JRG |
| PNC BANK N.A. | § | |

## MINUTES FOR JURY TRIAL DAY NO. 3
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### September 14, 2022

**OPEN:** 08:37 AM  **ADJOURN:** 6:06 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANT: | See attached |
| LAW CLERKS: | Katie Albanese<br>Ryan Davies<br>Harris Huguenard |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:37 AM | Court opened. |
| 08:37 AM | Exhibits used prior day read into the record. |
| 08:40 AM | Jury entered the courtroom. |
| 08:41 AM | Continuation of PNC's case-in-chief: |
| 08:41 AM | Witness sworn. Direct examination of Mr. Alexander Goodstein by Mr. Lantier. |
| 08:52 AM | Objection made. |
| 08:52 AM | Jury retired to jury room. |
| 08:52 AM | Court instructed counsel and heard argument outside presence of the jury. |
| 08:57 AM | Jury returned to courtroom. |
| 08:57 AM | Court made rulings as set forth in the record. |
| 08:57 AM | Continuation of direct examination of Mr. Alexander Goodstein by Mr. Lantier. |
| 09:06 AM | Cross examination of Mr. Alexander Goodstein by Mr. Sheasby. |
| 09:38 AM | Bench conference. |
| 09:40 AM | Bench conference concluded. |
| 09:40 AM | Continuation cross examination of Mr. Alexander Goodstein by Mr. Sheasby. |
| 09:56 AM | Redirect examination of Mr. Alexander Goodstein by Mr. Lantier. |
| 10:09 AM | Completion of testimony of Mr. Alexander Goodstein. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:09 AM | Jury recessed for break. |
| 10:10 AM | Recess. |
| 10:23 AM | Court reconvened. |
| 10:23 AM | Mr. Sheasby presented a matter to the Court. |
| 10:25 AM | Response provided by Mr. Lantier. |
| 10:26 AM | Court provided instruction as set forth in the record. |
| 10:27 AM | Jury returned to courtroom. |
| 10:28 AM | Witness sworn.  Direct examination of Mr. Stephen Gray by Mr. Mueller. |
| 11:15 AM | Cross examination of Mr. Stephen Gray by Mr. Sheasby. |
| 11:57 AM | Bench conference. |
| 11:58 AM | Bench conference concluded. |
| 11:58 AM | Continuation cross examination of Mr. Stephen Gray by Mr. Sheasby. |
| 11:59 AM | Redirect examination of Mr. Stephen Gray by Mr. Mueller. |
| 12:17 PM | Recross examination of Mr. Stephen Gray by Mr. Sheasby. |
| 12:18 PM | Completion of testimony of Mr. Stephen Gray. |
| 12:19 PM | Jury recessed for lunch break. |
| 12:19 PM | Recess. |
| 01:26 PM | Court reconvened. |
| 01:27 PM | Jury returned to courtroom. |
| 01:28 PM | Witness sworn.  Direct examination of Mr. David Peterson by Mr. Lantier. |
| 01:33 PM | Bench conference. |
| 01:34 PM | Bench conference concluded. |
| 01:35 PM | Continuation direct examination of Mr. David Peterson by Mr. Lantier. |
| 01:43 PM | Bench conference. |
| 01:43 PM | Bench conference concluded. |
| 01:43 PM | Continuation direct examination of Mr. David Peterson by Mr. Lantier. |
| 02:07 PM | Cross examination of Mr. David Peterson by Mr. Sheasby. |
| 02:18 PM | Bench conference. |
| 02:20 PM | Bench conference concluded. |
| 02:20 PM | Continuation cross examination of Mr. David Peterson by Mr. Sheasby. |
| 02:34 PM | Bench conference. |
| 02:36 PM | Bench conference concluded. |
| 02:36 PM | Court instructed jury to disregard portion of testimony. |
| 02:37 PM | Continuation cross examination of Mr. David Peterson by Mr. Sheasby. |
| 02:37 PM | Redirect examination of Mr. David Peterson by Mr. Lantier. |
| 02:42 PM | Recross examination of Mr. David Peterson by Mr. Sheasby. |
| 02:43 PM | Completion of testimony of Mr. David Peterson. |
| 02:44 PM | Jury recessed for break. |
| 02:45 PM | Court instructed counsel to work collectively and submit by 3:00 PM tomorrow by email to Court staff an updated jointly proposed final jury instruction and verdict form (in Word format). |
| 02:46 PM | Recess. |
| 03:01 PM | Court reconvened. |
| 03:01 PM | Off the record. |
| 03:01 PM | On the record. |

| TIME | MINUTE ENTRY |
|---|---|
| 03:02 PM | Jury returned to courtroom. |
| 03:03 PM | Witness sworn.  Direct examination of Dr. Chris Vellturo by Ms. Smith. |
| 03:08 PM | **Courtroom sealed.** |
| 03:09 PM | Continuation direct examination of Dr. Chris Vellturo by Ms. Smith. |
| 03:25 PM | Bench conference. |
| 03:27 PM | Bench conference concluded. |
| 03:27 PM | Cross examination of Dr. Chris Vellturo by Ms. Glasser. |
| 03:43 PM | Redirect examination of Dr. Chris Vellturo by Ms. Smith. |
| 03:47 PM | Completion of testimony of Dr. Chris Vellturo. |
| 03:47 PM | Witness sworn. |
| 03:48 PM | **Courtroom unsealed.** |
| 03:49 PM | Direct examination of Ms. Julie Davis by Ms. Smith. |
| 04:06 PM | Bench conference. |
| 04:10 PM | Bench conference concluded. |
| 04:10 PM | Continuation direct examination of Ms. Julie Davis by Ms. Smith. |
| 04:11 PM | Objection made. |
| 04:11 PM | Jury retired to jury room. |
| 04:12 PM | Court instructed counsel and heard argument outside presence of the jury. |
| 04:43 PM | Jury returned to courtroom. |
| 04:43 PM | Continuation direct examination of Ms. Julie Davis by Ms. Smith. |
| 04:51 PM | **Courtroom sealed.** |
| 04:51 PM | Continuation direct examination of Ms. Julie Davis by Ms. Smith. |
| 05:02 PM | Cross examination of Ms. Julie Davis by Mr. Sheasby. |
| 05:24 PM | Bench conference. |
| 05:26 PM | Bench conference concluded. |
| 05:26 PM | Continuation cross examination of Ms. Julie Davis by Mr. Sheasby. |
| 05:43 PM | Bench conference. |
| 05:46 PM | Bench conference concluded. |
| 05:46 PM | Redirect examination of Ms. Julie Davis by Ms. Smith. |
| 05:47 PM | **Courtroom unsealed.** |
| 05:47 PM | Continuation redirect examination of Ms. Julie Davis by Ms. Smith. |
| 05:53 PM | **Courtroom sealed.** |
| 05:53 PM | Continuation redirect examination of Ms. Julie Davis by Ms. Smith. |
| 05:58 PM | **Courtroom unsealed.** |
| 05:58 PM | Recross examination of Ms. Julie Davis by Mr. Sheasby. |
| 06:03 PM | Additional redirect examination of Ms. Julie Davis by Ms. Smith. |
| 06:04 PM | Completion of testimony of Ms. Julie Davis. |
| 06:04 PM | Jury recessed until 8:30 AM tomorrow morning. |
| 06:06 PM | Court reminded parties to continue with their meet and confer efforts re: overnight disputes.  Court will be available in chambers in the morning to meet with counsel to address same. |
| 06:06 PM | Court adjourned. |