# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNITED SERVICES AUTOMOBILE ASSOCIATION § § § § § § | |
| v. | CIVIL ACTION NOS. 2:21-CV-00246-JRG  2:22-CV-00193-JRG |
| PNC BANK N.A. | |

## MINUTES FOR JURY TRIAL DAY NO. 4
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### September 15, 2022

**OPEN:** 08:45 AM                                                     **ADJOURN:** 06:26 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANT: | See attached |
| LAW CLERKS: | Katie Albanese<br>Ryan Davies<br>Harris Huguenard |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 08:45 AM | Court opened. |
| 08:46 AM | Exhibits used prior day read into the record. |
| 08:47 AM | Jury entered the courtroom. |
| 08:48 AM | PNC rested its case-in-chief re: USAA patents. |
| 08:48 AM | USAA offered no rebuttal witnesses. |
| 08:49 AM | Court proceeded with second part of the trial re: PNC's patents against USAA. |
| 08:49 AM | PNC's case-in-chief against USAA: |
| 08:49 AM | Witness sworn. Direct examination of Mr. Sergiy Marburger by Mr. Mueller. |
| 09:22 AM | Cross examination of Mr. Sergiy Marburger by Ms. Glasser. |
| 09:33 AM | Redirect examination of Mr. Sergiy Marburger by Mr. Mueller. |
| 09:38 AM | Recross examination of Mr. Sergiy Marburger by Ms. Glasser. |
| 09:40 AM | Completion of testimony of Mr. Sergiy Marburger. |
| 09:40 AM | Witness previously sworn. Direct examination of Mr. David Peterson by Mr. Lantier. |
| 10:16 AM | Bench conference. |
| 10:18 AM | Bench conference concluded. |
| 10:19 AM | Continuation direct examination of Mr. David Peterson by Mr. Lantier. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:34 AM | Jury recessed for break. |
| 10:35 AM | Recess. |
| 10:52 AM | Court reconvened. |
| 10:53 AM | Jury returned to courtroom. |
| 10:54 AM | Cross examination of Mr. David Peterson by Mr. Sheasby. |
| 11:14 AM | Bench conference. |
| 11:16 AM | Bench conference concluded. |
| 11:16 AM | Continuation cross examination of Mr. David Peterson by Mr. Sheasby. |
| 11:19 AM | Redirect examination of Mr. David Peterson by Mr. Lantier. |
| 11:21 AM | Completion of testimony of Mr. David Peterson. |
| 11:21 AM | Witness previously sworn. Direct examination of Dr. Chris Vellturo by Ms. Smith. |
| 11:41 AM | Cross examination of Dr. Chris Vellturo by Ms. Glasser. |
| 11:45 AM | **Courtroom sealed.** |
| 11:47 AM | Off the record. |
| 11:47 AM | On the record. |
| 11:48 AM | **Courtroom unsealed.** |
| 11:48 AM | Continuation cross examination of Dr. Chris Vellturo by Ms. Glasser. |
| 11:51 AM | Redirect examination of Dr. Chris Vellturo by Ms. Smith. |
| 11:53 AM | Recross examination of Dr. Chris Vellturo by Ms. Glasser. |
| 11:54 AM | Additional redirect examination of Dr. Chris Vellturo by Ms. Smith. |
| 11:55 AM | Completion of testimony of Dr. Chris Vellturo. |
| 11:55 AM | PNC rested its case-in-chief against USAA. |
| 11:56 AM | Jury recessed for lunch. |
| 11:57 AM | Recess. |
| 12:50 PM | Court reconvened. |
| 12:52 PM | Jury returned to courtroom. |
| 12:54 PM | USAA's case-in-chief re: PNC patents. |
| 12:55 PM | Witness previously sworn. Direct examination of Mr. Chris Wilkinson by Mr. Sheasby. |
| 01:00 PM | Bench conference. |
| 01:01 PM | Bench conference concluded. |
| 01:01 PM | Continuation direct examination of Mr. Chris Wilkinson by Mr. Sheasby. |
| 01:22 PM | Bench conference. |
| 01:22 PM | Bench conference concluded. |
| 01:22 PM | Continuation direct examination of Mr. Chris Wilkinson by Mr. Sheasby. |
| 01:25 PM | Cross examination of Mr. Chris Wilkinson by Mr. Mueller. |
| 01:51 PM | Bench conference. |
| 01:54 PM | Bench conference concluded. |
| 01:54 PM | Continuation cross examination of Mr. Chris Wilkinson by Mr. Mueller. |
| 02:03 PM | Redirect examination of Mr. Chris Wilkinson by Mr. Sheasby. |
| 02:05 PM | Completion of testimony of Mr. Chris Wilkinson. |
| 02:05 PM | Witness sworn. Direct examination of Professor Sam Malek by Ms. Carson. |
| 03:00 PM | Jury recessed for break. |
| 03:01 PM | Recess. |
| 03:18 PM | Court reconvened. |

| TIME | MINUTE ENTRY |
|---|---|
| 03:18 PM | Jury returned to courtroom. |
| 03:19 PM | Cross examination of Professor Sam Malek by Mr. Lantier. |
| 03:42 PM | Bench conference. |
| 03:52 PM | Bench conference concluded. |
| 03:52 PM | Continuation cross examination of Professor Sam Malek by Mr. Lantier. |
| 04:00 PM | Redirect examination of Professor Sam Malek by Ms. Carson. |
| 04:07 PM | Recross examination of Professor Sam Malek by Mr. Lantier. |
| 04:12 PM | Completion of testimony of Professor Sam Malek. |
| 04:12 PM | Bench conference. |
| 04:13 PM | Bench conference concluded. |
| 04:13 PM | Ms. Carson introduced the video deposition of Mr. Roberto Capriotti. |
| 04:16 PM | Video deposition of Mr. Roberto Capriotti concluded. |
| 04:16 PM | USAA rested its case-in-chief re: PNC patents. |
| 04:16 PM | Direct examination of PNC's rebuttal witness, Mr. David Peterson by Mr. Lantier. |
| 04:21 PM | Cross examination of PNC's rebuttal witness, Mr. David Peterson by Mr. Sheasby. |
| 04:34 PM | Redirect examination of PNC's rebuttal witness, Mr. David Peterson by Mr. Lantier. |
| 04:38 PM | Completion of testimony of Mr. David Peterson. |
| 04:38 PM | PNC rested its rebuttal case re: PNC's patents. |
| 04:38 PM | Both sides rested. |
| 04:39 PM | Court provided instructions to Jury. |
| 04:41 PM | Jury excused for the remainder of the day to return tomorrow at 9:30 AM. |
| 04:41 PM | Court will take up Rule 50(a) motions following recess. |
| 04:42 PM | Informal charge conference to be held in chambers (off the record) following hearing on Rule 50(a) motions. |
| 04:44 PM | Recess. |
| 05:13 PM | Court reconvened. |
| 05:14 PM | Court took up Rule 50(a) motions. |
| 05:14 PM | Court provided instruction to the parties re: hearing of Rule 50(a) motions. |
| 05:26 PM | Court began hearing argument on Rule 50(a) motions. |
| 06:21 PM | Arguments concluded. |
| 06:21 PM | Court made rulings on Rule 50(a) motions as set forth in the record. |
| 06:26 PM | Completion of Rule 50(a) motions hearing. |
| 06:26 PM | Informal charge conference to be held in chambers (off the record) following adjournment. |
| 06:26 PM | Court adjourned. |